IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGGIE LEE DUNCAN, AIS 216781, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cv-630-ECM |
| | ) | |
| WILLIAM STREETER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

On February 18, 2026, the Magistrate Judge entered a Recommendation (doc. 15) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 15) is ADOPTED, and this case is DISMISSED without prejudice.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 9th day of March, 2026.

                /s/ Emily C. Marks
                EMILY C. MARKS
                UNITED STATES DISTRICT JUDGE